COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 December 10, 2015
 No. 10-14-00229-CR
 JAMES TYRONE RIGGS
 v.
 THE STATE OF TEXAS
 _______________
 
 From the 66[th] District Court
 Hill County, Texas
 Trial Court No. 38026
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error is presented. Accordingly the trial court's judgment signed on July 30, 2014 is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK
 
 By: ___________________________
 Nita Whitener, Deputy Clerk